**Samuel KRAUSZ and Judith Krausz, h/w, Petitioners,**

v.

**FINE HOTELS CORP., Ind. and d/b/a Days Inn Hotel and Hospitality Franchise System Corp., Ind. and d/b/a Days Inn Hotel, Respondent.**

Supreme Court of Pennsylvania.

Oct. 7, 1997.

Bruce Martin Ginsburg, Philadelphia, for petitioner.

---

inated theft in this chapter constitutes a single offense. An accusation of theft may be supported by evidence that it was committed in any manner that would be theft under this chapter,...." 18 Pa.C.S. § 3902. Included in the same chapter are statutes governing theft by un-

lawful taking, theft by failure to make required disposition of funds received, retail theft, and receiving stolen property. This codification removes the previous distinctions such as larceny and misappropriation and in their stead unifies them into the single crime of theft.

## ORDER

PER CURIAM:

AND NOW, this 7th day of October, 1997, we **GRANT** the Petition for Allowance of Appeal. We **REVERSE** the Order of the Superior Court affirming the Order of the Court of Common Pleas of Philadelphia County transferring venue from Philadelphia County to Lancaster County. We **RE-MAND** this matter to the Court of Common Pleas of Philadelphia County for further proceedings consistent with this Court's Opinion in *Cheeseman v. Lethal Exterminator, Inc. and Forman v. Rossman, et al.,* —— Pa. ——, 701 A.2d 156 (1997).